```
                                               *** GRID M13 ***
COMB RETIRED  CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91
                                                                PAGE 1
CR-84-00073-01                                  CR-84-00073-01
              US-V-STEWART
                   as of 09/21/87 at 10:42 PM

----------------------------------------------------------------------

Judge: JUDGE JOYCE HENS GREEN                 Case Filed: 03/06/84

                   Prior Magistrate Number: 84-0062M-01

Defendant:

D1   STEWART, WILLIE L, JR                    Birthdate:

    Address:

    Dft ID:

    Defendant terminated: 07/10/84

    Terminated counts:            Disposition
     Firearms & weapons --Carrying  (Counts 2-3) One (1) year on
     A Pistol With A License,        Count 2. Two (2) to six
     22DCC 3204 (2), DAPCA--         (6) years with a Special
     Narcotics:  Schedule 1--       Parole Term of three (3)
     Sell, distribute, or            years, said sentences to
     dispense -   -Heroin,           run concurrently to each
     21:841(a) (3)                   other, and to run
                                     consecutively to any other
                                     sentence. Court recommends
                                     that the defendant receive
                                     drug and psychiatric
                                     therapy, and vocational
                                     counseling. (Rep:  Gordon
                                     Slodysko) (06/22/84)
     Firearms, unlawful possession  (Counts 1,4-5) Dismissed on
      --Receipt Possession Or        govt's motion (as of
      Transportation  of Firearm,    6/22/84.).  07/10/84
      18:1202(a)(1),Appendix (1),
      DAPCA--Marijuana:
      Possession --Marijuana,
      21:844(a) (4), DAPCA--
      Narcotics:  Schedule 2--
      Possession --Cocaine.,
      21:844(a) (5)

    Offense Level (disposition): FEL

    Total Jail: 72 Mo

    Complaints:
      Mag complaint 02/06/84 (21:841(a)).
```

```
COMB RETIRED  CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91
                                                                PAGE 2
CR-84-00073-01                              CR-84-00073-01
                 US-V-STEWART
                      as of 09/21/87 at 10:42 PM

---------------------------------------------------------------------

    Defense Counsel:
       BECKER, WILLIAM F                    .
       27 West Jefferson St.
       Rockville, MD  20850
       340-7832

       DALE, G ALLEN
       126 C STREET, N.W.
       WASHINGTON, DC  20001
       783-1629

    U S Attorneys:
       FINNEGAN, JOHN F              STUART, PAMELA B
       426-7393                      633-4905

...................................................................
```

```
                                           *** GRID 013 ***
COMB RETIRED  CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91
                                                                    PAGE 3
CR-84-00073-01                                  CR-84-00073-01
              US-V-STEWART
                              PROCEEDINGS
```

02/06/84     Defendant arrested (Dkt'd 03/13/84).
             Magistrate complaint (MAGISTRATE DWYER) (Dkt'd 03/13/84).
             Defendant committed. Commitment issued (20,000.00 surety
             set and not made. 10%, Title deed to property.) (MAGISTRATE
             DWYER) (Dkt'd 03/13/84).

02/08/84     Order personal appearance bail set in the amount of $20,000.
             00 , with 10% cash (Dkt'd 03/13/84).
             Cash security on bond received, $2,000.00 (Payment made by
             Chicquita Hawkins, 3412 Bonita St., Hillcrest Heights, MD.
             ) (MAGISTRATE DWYER) (Dkt'd 03/13/84).
             Personal appearance bond in the amount of $20,000.00 , with
             10% cash (Dkt'd 03/13/84).

03/06/84     Filed indictment (Dkt'd 03/13/84).
             Case assigned to JUDGE JOYCE HENS GREEN (Dkt'd 03/13/84).
             - Category D. (Dkt'd 03/13/84).
             US Attorney FINNEGAN, JOHN F added to case (Dkt'd 03/13/84).

             Appearance of attorney BECKER, WILLIAM F (Dkt'd 03/13/84).

03/08/84     Arraignment and plea set for 03/12/84 @ 9:15 AM (Counts 1-
             5) (before Judge Joyce Hens Green.) (JUDGE JOYCE HENS
             GREEN) (Dkt'd 03/13/84).

03/12/84     Status hearing held (defendant failed to appear for
             arraignment. Counsel for defendant states that defendant
             may be in custody of authorities in Maryland as a result of
             parole violatin warrant. Government assked to check on
             location of defendant. (Rep: Gordon Slodysko) (JUDGE JOYCE
             HENS GREEN) (Dkt'd 03/19/84).
             Defendant not appearing. Bench warrant issued (a bond of
             $50,000.00 set.) (JUDGE JOYCE HENS GREEN) (Dkt'd 03/19/84).

             Mark the beginning of a potential excludable period of type
             X-M starting on 03/12/84 ((In re DFTNAPRBW1 on 3/12/84))
             (Dkt'd 03/19/84).

04/17/84     Appearance of attorney DALE, G ALLEN (for defendant.)
             (Dkt'd 04/18/84).

04/24/84     Petition for writ of habeas corpus ad prosequendum (JUDGE
             JOYCE HENS GREEN) (Dkt'd 04/25/84).
             Issued writ of habeas corpus ad prosequendum (for
             production of defendant on 5/18/84 (dated 4/24/84).) (JUDGE
             JOYCE HENS GREEN) (Dkt'd 04/25/84).

05/08/84     Arraignment and plea reset to 05/18/84 @ 1:30 PM (Counts 1-
             5) (before Judge Joyce Hens Green.) (Dkt'd 05/10/84).

*** GRID A14 ***

CODE RETIRED   CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91

CR-84-00073-J1                                              CR-84-00073-01              PAGE 4

                US-V-STEWART

                         PROCEEDINGS

05/10/84        US Attorney STUART, PAMELA B added to case (Dkt'd 05/11/84).

05/18/84        Arraignment held (Counts 1-5) (copy of the indictment
                  handed to the defendant.  Formal reading of the indictment
                  waived.) (Dkt'd 05/24/84).
                Defendant's first appearance (Dkt'd 05/24/84).
                Defendant appears with counsel (Dkt'd 05/24/84).
                Jury trial requested (Counts 1-5) (Dkt'd 05/24/84).
                Defendant enters plea of not guilty (Counts 1-5) (Dkt'd
                  05/24/84).
                Defendant withdraws plea of not guilty (Counts 2-3) (Dkt'd
                  05/24/84).
                Defendant enters plea of guilty (Counts 2-3) (Dkt'd
                  05/24/84).
                Excludable delay because of unavailability of essential
                  witness or defendant began on 03/12/84 and ended on
                  05/18/84 (Dkt'd 05/24/84).
                Sentencing set for 06/22/84 @ 9:30 AM (Counts 2-3) (before
                  Judge Joyce Hens Green.  Government to submit an order to
                  retain defendant in DC pending sentence.  Defendant
                  remanded.  (Rep:  Gordon Slodysko)) (JUDGE JOYCE HENS
                  GREEN) (Dkt'd 05/24/84).
                Referred to Probation Office for pre-sentence report
                  (Counts 2-3) (Dkt'd 05/24/84).
                Order filed (directing that the defendant shall remain in
                  the custody of U.S. Marshal for DC and remain physically in
                  DC until the date of sentencing of 6/22/84, so that he may
                  have access to his counsel and so that a presentence report
                  may be prepared. (N)) (JUDGE JOYCE HENS GREEN) (Dkt'd
                  05/24/84).

06/22/84        Sentencing of defendant (Counts 2-3) (One (1) year on Count
                  2.  Two (2) to six (6) years with a Special Parole Term of
                  three (3) years, said sentences to run concurrently to each
                  other, and to run consecutively to any other sentence.
                  Court recommends that the defendant receive drug and
                  psychiatric therapy, and vocational counseling. (Rep:
                  Gordon Slodysko)) (JUDGE JOYCE HENS GREEN) (Dkt'd 07/02/84).

                - RECEIPT and Acknowledgment of presentence investigation
                  report. (Dkt'd 07/02/84).
                Issued judgment and commitment to U.S. Marshal (Counts 2-3)
                  (JUDGE JOYCE HENS GREEN) (Dkt'd 07/02/84).

06/27/84        Order filed (For return of cash deposit in the amount of $2,
                  000.00 to Chicquitta Hawkins of 3412 Bonita Street,
                  Hillcrest Heights, Maryland on 6/27/84.  Paid by the
                  Finance Office on 6/29/84.) (JUDGE JOYCE HENS GREEN) (Dkt'd

```
                                          *** GRID B14 ***
COMB RETIRED  CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91
                                                              PAGE 5
CR-84-00073-01                            CR-84-00073-01
              US-V-STEWART
                            PROCEEDINGS

              07/06/84.

07/02/84      Filed writ of habeas corpus ad prosequendum retrned   .
              executed, served on 05/17/84 (Dkt'd 07/09/84).

07/10/84      Dismissed on government's motion (Counts 1,4-5) (as of
              6/22/84.) (Dkt'd 07/12/84).

07/18/84      Filed bench warrant returned unexecuted (defendant
              sentenced on 6/22/84.) (Dkt'd 07/1 /84).

10/19/84      Motion to reduce sentence filed  (MOT#1) (Counts 2-3) (by
              defendant.  Memorandum of Points and Authorities in support.
                Attachments (5).  Exhibits 1-7.) (Dkt'd 10/23/84).

10/22/84      Order filed (Denying motion of defendant to reduce sentence.
                (N)) (JUDGE JOYCE HENS GREEN) (Dkt'd 10/24/84).
              Motion to reduce sentence denied  (MOT#1) (of defendant.)
                (JUDGE JOYCE HENS GREEN) (Dkt'd 10/24/84).
              - Government's Opposition to defendant's motion to reduce
                sentence. (Dkt'd 10/24/84).
. .. ................................................................

    End of docket
```